# United States Court of Appeals jr

For the Seventh Circuit
Chicago, Illinois 60604

July 21, 2003

*Before*

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| ROBERT JOHNSON,<br>  Plaintiff-Appellant,<br><br>No. 01-2015      v.<br><br>APNA GHAR, INCORPORATED,<br>  Defendant-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 00 C 7752<br>]<br>] Milton I. Shadur,<br>]   Judge. |

Upon consideration of the MOTION TO CLARIFY OPINION, filed on June 24, 2003, by the pro se appellant,

IT IS ORDERED that the motion is GRANTED. The opinion of this court, issued on June 4, 2003, is AMENDED as follows: On page 9, the final sentence of the opinion is amended to read:

For the foregoing reasons, the decision of the district court is REVERSED and REMANDED for further proceedings consistent with this opinion.